IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ANTHONY WILLIAMS | : | NO. 11-223-1 |

**O R D E R**

**AND NOW**, this 21st day of November, 2012, upon consideration of the Government's Motion to Amend Indictment (Doc. No. 350) and the defense opposition thereto (Doc. No. 356), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** for the reasons set forth in the accompanying memorandum of this same date.

BY THE COURT:


  /s/  Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1